

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00835-CV

Laura **LUNA**,
Appellant

v.

Samuel **LUNA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00782
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
           Adrian A. Spears II, Justice
           H. Todd McCray, Justice

Delivered and Filed: August 13, 2025

DISMISSED FOR WANT OF PROSECUTION

Laura Luna appeals a November 15, 2024 order signed by the trial court. On June 16, 2025, this court received appellant's pro se brief. The brief violated several requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. 9.4, 9.5, 9.9, and 38.1. We therefore struck appellant's brief and ordered appellant to file an amended brief that complied with those rules on or before July 14, 2025. *See* TEX. R. APP. 9.4(k); TEX. R. APP. P. 38.9(a). We admonished appellant that if she failed to file an amended brief complying with the Texas Rules of Appellate

Procedure by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3 (court may dismiss appeal for want of prosecution or because appellant has failed to comply with court order within time provided). Appellant has not filed an amended brief.

Accordingly, this appeal is dismissed.

PER CURIAM